**Kelli J. CUNNINGHAM, Respondent,**

**County of Olmsted, Respondent,**

v.

**Eric A. SALATA, petitioner, Appellant.**

No. C5–98–2152.

Supreme Court of Minnesota.

March 7, 2000.

Rehearing Denied April 11, 2000.

Lawrence Downing, Lawrence Downing & Associates, Rochester, for appellant.

Jill I. Frieders, Terence L. Maus, O'Brien, Ehrick, Wolf, Deaner & Maus, L.L.P., Rochester, for respondent Kelli Cunningham.

Raymond F. Schmitz, Olmsted County Attorney, Julie S. Vioght, Assistant County Attorney, Rochester, for respondent County of Olmsted.

O R D E R

It now appearing that the petition for further review of the decision of the Court of Appeals in this matter was improvidently granted by this court,

IT IS HEREBY ORDERED that the September 14, 1999, order of this court granting review of the June 15, 1999, opinion of the Court of Appeals be, and the same is, vacated and the appeal is dismissed.

BY THE COURT:

Kathleen A. Blatz

Kathleen A. Blatz
Chief Justice